NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**04-1670**

UNITED CREDIT CORP. OF MANY, ET AL.

VERSUS

JAMES PERRY, PATRICE PERRY, AND YVETTE PERRY

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT,
PARISH OF SABINE, NO. 55,769,
HONORABLE ROBERT E. BURGESS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**MICHAEL G. SULLIVAN
JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Billy Howard Ezell, and J. David Painter, Judges.

**AMENDED AND AFFIRMED AS AMENDED.**

Ronald D. Brandon
Attorney at Law
Post Office Box 216
Many, Louisiana  71449
(318) 256-5910
Counsel for Plaintiff/Appellee:
        United Credit Corp. of Many

James Perry
Patrice Perry
Yvette Perry
Post Office Box 341
Zwolle, Louisiana   71486
(318) 645-7515
Defendants/Appellants in Proper Person